HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
KIMBERLY KEATING
Certified Law Student
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
ROBERT RICHARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-0131-TLN |
| Plaintiff, | ORDER GRANTING UNOPPOSED EARLY TERMINATION OF SUPERVISION |
| v. | |
| ROBERT RICHARDS, | District Judge: Hon. Troy L. Nunley |
| Defendant. | |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges Mr. Richards for the reasons set forth in his Unopposed Motion.

Dated:  July 31, 2023

Troy L. Nunley
United States District Judge